All other matters complained of have been considered by us and are deemed to be without merit.

No reversible error appearing in the record, the judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

**Noble HEATH, appellant, v. STATE, appellee.**

No. 24295.

Court of Criminal Appeals of Texas.

Feb. 23, 1949.

See also Tex.Cr.App., 210 S.W.2d 586.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for murder, punishment assessed at three years in the penitentiary.

Appellant has filed his affidavit advising this court that he does not desire to further prosecute his appeal, but wishes to have the appeal dismissed, and at his request it is so ordered.

**HENSON v. STATE.**

No. 24254.

Court of Criminal Appeals of Texas.

Feb. 9, 1949.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

416

GRAVES, Judge.

Upon an indictment charging the primary offense of burglary and alleging two prior convictions for felonies less than capital, the appellant was sentenced to confinement in the state penitentiary for life.

The record is before us without any bills of exception or statement of facts. All matters of procedure appear to be in regular form.

The judgment of the trial court is affirmed.